KING ARTHUR RESTAURANT, INC., Plaintiff, *v.* LONDON TERRACE, INC., Respondent, and HANS JAEGER, Appellant.

Submitted June 7, 1948; decided June 11, 1948.

*Maurice Finkelstein* for motion.
*Bernard P. Levy* opposed.

Motion denied, with $10 costs.